IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SB PHARMCO PUERTO RICO, INC. : CIVIL ACTION
d/b/a GLAXOSMITHKLINE, *et al.* :
:
v. :
:
MUTUAL PHARMACEUTICAL COMPANY, :
INC., *et al.* : NO. 08-2035

ORDER

AND NOW, this 28th day of April 2009, upon consideration of the pending motions and the responses thereto, and after oral argument,

IT IS hereby ORDERED that:

1. Plaintiffs' Motion to Dismiss (Document No. 56) is GRANTED.

2. Plaintiffs' Motion to Stay (Document No. 57) is DISMISSED AS MOOT.

3. Defendants' Cross-Motion to Compel Production of Documents (Document No. 62) is DENIED.

4. If the parties cannot agree on the amount of counsel fees to be paid by Plaintiffs to Defendants, Defendants may submit a petition within 20 days of the date of this Order, to which Plaintiffs may file a response within 10 days.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.